IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MOHAMED ELKHODARY, | ) | |
| | ) | |
| PLAINTIFF, | ) | 23 CV 7673 |
| v. | ) | |
| | ) | JUDGE ALONSO |
| THE VERTEX COMPANIES, LLC, | ) | |
| | ) | JURY TRIAL DEMANDED |
| | ) | |
| DEFENDANT. | ) | |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND APPEARANCE INSTANTER

PLAINTIFF, MOHAMED ELKHODARY ("PLAINTIFF" or "Elkhodary"), through his attorney, RICHARD J. GONZALEZ of THE LAW OFFICES OF CHICAGO-KENT COLLEGE OF LAW, hereby moves this Honorable Court for leave to file a First Amended Complaint and appearance instanter. In support of this motion, PLAINTIFF states:

1. Plaintiff filed this action pro se.

2. Plaintiff has retained the legal clinic of Chicago-Kent College of Law to represent him in this matter.

WHEREFORE, Plaintiff seeks an Order granting him leave to file a First Amended Complaint and appearance instanter.

### PARTIES

WHEREFORE, Plaintiff prays for entry of an Order granting him leave to file a First Amended Complaint and appearance instanter.

Respectfully submitted,

By: s/ Richard J. Gonzalez
Attorney for Plaintiff

RICHARD J. GONZALEZ
Law Offices of Chicago-Kent College of Law
565 W. Adams Street, Suite 600
Chicago, Illinois 60661
Tel.: (312) 906-5079
Fax: (312) 906-5299
Attorney No.: 3121751