IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MOHAMED ELKHODARY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 23 cv 7673 |
| THE VERTEX COMPANIES, LLC, | ) | Judge Alonso |
| | ) | Magistrate Judge Weisman |
| Defendant. | ) | |

**STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)**

PLAINTIFF, MOHAMED ELKHODARY, through his attorney, Richard J. Gonzalez/Law Offices, Chicago-Kent College of Law, and DEFENDANT, THE VERTEX COMPANIES, LLC through its attorneys Ryan T. Benson and Adi Kanlic, O'Hagan Meyer LLC, move this Honorable Court pursuant to F.R.C.P. 41 (a) (1) for voluntary dismissal of the above entitled action with prejudice, all matters in controversy having been resolved and each party to bear its own fees and costs.

Respectfully submitted,

_____   _____
Richard J. Gonzalez                Adi Kanlic
Attorney for Plaintiff             One of the attorneys for Defendant
                                   O'Hagan Meyer LLC
                                   One East Wacker Drive Suite 3400
                                   Chicago, IL 60601

RICHARD J. GONZALEZ
Chicago-Kent Law Offices
565 West Adams Street, Suite 600
Chicago, Illinois 60661-3691
(312) 906-5079